# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  
    DAVID MICHAEL LUTZOW  
    NICOLE ANN LUTZOW  
        Debtor(s)

Case No. 17-06125

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2017.

2) The plan was confirmed on 05/30/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 12/18/2018.

6) Number of months from filing to last payment: 21.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $16,328.00 | |
| Less amount refunded to debtor | $2,590.99 | |
| **NET RECEIPTS:** | | **$13,737.01** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $624.04 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,624.04** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASSOCIATED PATHOLOGY CONSULT | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| AT&T SERVICES INC | Unsecured | 1,132.00 | 1,131.73 | 1,131.73 | 271.68 | 0.00 |
| ATHLETICO PHYSICAL THERAPY | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 8,593.00 | 8,593.11 | 8,593.11 | 2,138.60 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,800.00 | 3,734.00 | 3,734.00 | 929.30 | 0.00 |
| CLINICAL ASSOCIATES | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 700.00 | 1,542.43 | 1,542.43 | 370.27 | 0.00 |
| COMPLETE MEDICAL CARE SC | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY | Priority | 250.00 | NA | NA | 0.00 | 0.00 |
| CORTRUST BANK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 2,300.00 | NA | NA | 0.00 | 0.00 |
| DR CHARLES SODERQUEST DDS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| DR EDWARD WALSH | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DR STANLEY TOMCZYK | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST EMERGENCY MED SERV | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST RADIOLOGISTS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| GRAND DENTAL ASSOC | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| H&R BLOCK BANK | Unsecured | 350.00 | 312.50 | 312.50 | 75.01 | 0.00 |
| IL DEPT OF REVENUE | Secured | 731.00 | NA | 731.00 | 731.00 | 31.04 |
| INTERNAL REVENUE SERVICE | Priority | 4,800.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| LABSOURCE | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| LEYDEN FIRE PROTECTION DISTRIC | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY HEALTH SYS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LOYOLA UNIVERSITY MEDICAL CTR | Unsecured | 3,300.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 900.00 | 1,882.40 | 1,882.40 | 468.48 | 0.00 |
| M3FINANCIAL SERVICES | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| M3FINANCIAL SERVICES | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| M3FINANCIAL SERVICES | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| MELVIN J KAPLAN | Unsecured | 4,500.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| MOBILE ANESTHESIOLOGISTS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & CO | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & CO | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & CO | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & CO | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 600.00 | 1,597.10 | 1,597.10 | 383.40 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Prometheus Laboratories Inc | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PS ILLINOIS TRUST | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PUBLIC STORAGE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| RIVER GROVE DENTAL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ROSA HAE S CHOI MD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SMART TUITION | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| SOFT LANDING LABS LTD | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 3,200.00 | 11,132.20 | 11,132.20 | 2,770.52 | 0.00 |
| STORTO & FIRM | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| SUNSTAR DENTAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Title Lenders dba USA Payday | Unsecured | 3,593.00 | NA | NA | 0.00 | 0.00 |
| TRITON COLLEGE | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| UHAUL | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| USA PAYDAY LOAN | Unsecured | NA | 823.95 | 823.95 | 197.79 | 0.00 |
| VIKING COLLECTION SERVICE | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ELMWOOD PARK | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| VILLAGE OF FRANKLIN PARK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MAYWOOD | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MELROSE PARK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF NORRIDGE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVER GROVE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHILLER PARK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WILLIAMSON & BROWN LLC | Unsecured | NA | 1,489.31 | 1,489.31 | 357.52 | 0.00 |
| ZZounds Music | Unsecured | NA | 1,617.80 | 1,617.80 | 388.36 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $731.00 | $731.00 | $31.04 |
| **TOTAL SECURED:** | **$731.00** | **$731.00** | **$31.04** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$33,956.53** | **$8,350.93** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,624.04 |
| Disbursements to Creditors | $9,112.97 |
| **TOTAL DISBURSEMENTS:** | **$13,737.01** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/03/2019            By: /s/ Tom Vaughn
                                  Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**